Cory David Brown
Full name(s)
Correctional Industrial Facility
5124 West Reformatory Road
Street address or postal box number

Pendleton, Indiana 46064
City, State and zip code

None
Phone Number

**FILED**
11/27/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 1:23-cv-2131-RLY-TAB
(To be supplied by the Court)

Cory David Brown

_____ Plaintiff(s)
Full name(s) (Do not use *et al.*)
v.
Dr. Gale (mental health) (MHP) moves

(Captain Corey Valdez)(Captain Creamer)

(Officer White)(Officer Brahmon)

(HSA Allen)(Centurion) _____ Defendant(s).
(Enter above the full name of ALL defendants in this
action. Do not use "et al".)

# CIVIL RIGHTS COMPLAINT

**I. PARTIES** (In Item A below, place your name in the first blank and place your present address in the second blank, and if you are a prisoner, place your identification number in the third blank. Do the same for additional plaintiff, if any, under Item B.)

A.   Name of Plaintiff   Cory David Brown

   Address: Correctional Industrial Facility, 5124 West Reformatory Road, Pendleton, Indiana 46064.

Prisoner Identification Number __250542__

B. Additional Plaintiffs and addresses __N/A__

(In Item C place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment and address in the third blank. Use Item D for the names, positions and place of employment of any additional defendants and addresses.)

C. Defendant __Dr. Gule__ is employed as __mental Health__ [position/title] at __Correctional industrial facility 5124 reformatory Road Pendleton, Indiana 46064__ [employer's name and address]

D. Additional Defendants and addresses __Corey Valdez (captain) correctional industrial facility 5124 reformatory Road Pendleton, Indiana 46064, officer white, (correctional officer), correctional industrial facility 5124 reformatory Road Pendleton, Indiana 46064, MS. Creamer (Captain) Correctional industrial facility 5124 reformatory Road Pendleton, Indiana 46064, Officer Brahman (correctional officer), correctional industrial facility 5124 reformatory road Pendleton, Indiana 46064, (Centurion, medical) Correctional industrial facility 5124 reformatory Road Pendleton, Indiana 46064__

## II. PREVIOUS LAWSUITS

A. Have you ever been named as a plaintiff in any other lawsuits in state or federal court dealing with the same facts involved in this action, or otherwise relating to your claim in this action? ☐ Yes ☑ No

B. If your answer to "A" is Yes, describe the lawsuit in the space below and attach a copy of your complaint in that lawsuit if you have a copy. (If there is more than one such lawsuit, you must describe the additional lawsuits on another piece of paper, using this same outline.) Failure to comply with this provision may result in summary disposition of your complaint.

1. Parties to previous lawsuit:

    Plaintiff(s) __N/A__

Defendant(s) _N/A_

2. Court (if federal court, name the district, e.g., Southern District of Indiana. If state court, name the county and state.)

_N/A_

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_N/A_

6. Approximate date of filing the lawsuit _N/A_

7. Approximate date of disposition of the lawsuit _N/A_

C. Have you ever been a plaintiff in any other civil rights lawsuit (other than those lawsuits described in your response to "B" above?)  ☐Yes  ☒No

D. If you answer to "C" is yes, describe the lawsuit in the space below. (if you have been a plaintiff in more than one such lawsuit, describe the additional lawsuits on another piece of paper.)

1. Parties to previous lawsuit:

   Plaintiff(s) _N/A_

   Defendant(s) _N/A_

2. Court (if federal court, name the district, e.g., Southern District of Indiana. If state court, name the county and state.)

_N/A_

N/A

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

___N/A___

6. Approximate date of filing the lawsuit ___N/A___

7. Approximate date of disposition of the lawsuit ___N/A___

8. Give a brief description of the nature of the lawsuit (e.g., "I claimed the conditions of my confinement at the Indiana State Prison violated my civil rights under the Eighth Amendment.")

### III. PRISON GRIEVANCE PROCEDURE (THIS SECTION TO BE COMPLETED BY PRISONERS ONLY.)

A. Place of present confinement: Correctional Industrial Facility, 5124 West Reformatory Road, Pendleton, Indiana 46064

B. If there a prisoner grievance procedure in this institution? ☑Yes ☐No

C. Did you present the facts relating to your complaint in the prison grievance procedure? ☑Yes ☐No

D. If your answer is "Yes":

   1. What steps did you take? __I've filed multiple Grievances, and grievance appeals in the multiple incidents i've encounterd.__

-4-

   2. What was the result? I've literally got no were that satisfies me, Just abt of pointless responses that changed nothing.

E. If you did not use the grievance system, explain why not. N/A

F. If there is not a prison grievance procedure in the institution, did you complain to prison authorities? ☐ Yes  ☐ No

G. If your answer is "Yes":

   1. What steps did you take? N/A

   2. What was the result? N/A

H. If your answer is "No," explain why not. N/A

I. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not.

Attached multiple copys of medical, mental health, grievances, PC request.

## IV.   CAUSE OF ACTION

Briefly state which of your constitution rights, privileges or immunities have been violated and summarize in one or two sentences what the defendant(s) did to violate your rights in that regard. (You must identify individual defendants by name, but you do not need to make a detailed statement of fact here—you will have a chance to do so in the next section.) If you are claiming that more than one of your constitutional rights was violated, use a separate paragraph for each right, privilege or immunity which was violated.

① Dr. Gale failed to have me placed in a suitable enviorment for Suicide watch and i wrote a grievance saying i was suicidal, and never even got talked to by mental health after that and i overdosed on medication, my mental health rights were violated.

② MHP Maves Took me off suicide watch after i told her i was suicidal and wanted to kill myself and others, and i was on a hunger strike showing self harm. My mental health rights were violated.

③ Captain Valdez failed to report Prea incidents i was reporting to shift office multiple times and placed me back in danger multiple times, violating my Prea rights.

④ captain Creamer failed to report prea incidents i was reporting to shift office multiple times and placed me back in danger, violating my Prea rights.

⑤ NSA Allen Failed to give me proper medical attention after self harming myself on suicide watch now i have permanant scars, violating my medical rights. ⑥ officer white gave me someone elses medication which i overdosed on the same day not getting evaluated for suicide watch after not previously telling staff i was suicidal ⑦ NSA Allen failed to give me proper medical attention after overdosing on someone elses perscribed medication ⑧ officer Brohman forced items on me while i was on suicide watch i couldve killed myself with. violating rights.

-6-

## V. STATEMENT OF FACTS

State here, as briefly as possible, the FACTS of your case. **State who, what, when, where, and how you feel your constitutional rights were violated.** You must name or somehow refer to the people as defendants whom you contend hurt you or caused you harm in someway. Include also the names of other persons involved, dates and places. Use no more than the space provided. The court strongly disapproves of stating claims outside the space. Do not cite any cases or statutes. If you want to include legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number or related claims, number and set forth each separate claim in a separate paragraph.

(1) I filed protective custody request on Oct 9th, 2023, Oct 10th 2023 twice, Oct 16th, 2023, Oct 17th 2023 and made reports about being sexually harrassed, sexually threatend, and physically threatend. In my Preagreement paper I signed, it says its my right to speak up and recieve help. DOC Policy states anyone who files Prea, wether true or not, will be removed from that situation until Prea investigators do their investigation and that indiviusal will be seperated from the accussed until further notice. Oct 9th, 2023, Oct 10th 2023 Twice, Oct 16th 2023, and Oct 17, 2023 Captain Valdez, Captain Creamer, and the whole shift office never once reported any Prea incidents or reports I filed on the above dates to our Prea investigator ms. Yancey. And time after time forced me literally back into these same dorms (C dorm 1-3 side, A dorm 2-4 side, were I was reporting incidents of me needing Prea. I was physically assaulted in C Dorm 1-3 side Bathroom Oct 10th 2023 which medical records will show i had a cut above my eye and knotts on my head. This occurring after me two times saying i needed Prea help & i was going to be physically assaulted and i was jumped by multiple offenders which was not on camera but injuries show otherwise and then i was finally removed. Im facing Pain & Suffering, injuries, and PTSD due to violating the way DOC should've handled my Prea reports & PC request. Prea was finally reported Oct 31st 2023 after my 5th request on Oct 31st 2023 after facing that lack of perfessionalism for weeks. This happend in C Dorm and A dorm. (2) I was placed on suicide watch Because i was trying to get help from the facility, they were refusing to help me which made me want to harm myself. DR. Gale had the power to place me in a suitable suicide companion cell. I was placed in 31A 2-4 lower which is general population alsu were i've been filing multiple PC and Prea reports. I wasn't in the right state of mind at the time for what i was suffering from and began cutting myself on the vent that was in this cell. Medical personel HSA Allen HSA ALLEN was observing me while i was on suicide watch due to a hunger strike

I was on from 10.17.23 until 10.31.23. i had multiple cuts on my face, chest, and stomach Because like i said, i was suicidal now. medical stated cuts on face and chest were seen and all superficial and not in need of medical attention. Doc Policy B suicide watch policy state anyone on close watch suicide watch shall be supervised from harming themselves or others. medical gave me no medical attention while i was in a suicidal state of mind and if they did, they would've discoverd I had 3 nice gushes on my stomach i was hiding. B if they would've discoverd that, mental health would've Been fully aware i was causing nice harm To myself in this enviorment. i was never supposed to be in B could've Been placed in a safer enviorment were i couldn't harm myself and hurt my Body. Now, since HSA Allen and medical staff didn't do there job and give me proper medical attention which is my right, I have 3 permanant scars ill see forever. my family will see, everyone and ill forever have to remember how mental health and medical treated me while i was in need of help on suicide watch at CIF. causing me great pain B suffering, PTSD, and permanant visible injuries Because they didn't clean, Bandage and properly handle a suicide companion (3) Oct 31st, 2023, i am currently on a hunger strike showing self harm, in observation suicide companion cell Two 1 at about 7am, camera footage will show MHP Moves Moves will Be seen coming to my door and asking me how im feeling today. I said "same, wanna kill myself and hurt others and still on my hunger strike." She says well i think your fine and im takeing you off suicide watch, i then ask her how when i just said i was suicidal and Im showing proof By starving myself she walked off. i file greviance # 23-162937 and stated i would like to Be placed Back on suicide watch until I feel im not a danger to myself or others and i didnt wanna Be accountable if i hurt someone else. MHP Moves Then responds to greivance specialist That shes assessed me on a daily Basis and thinks i dont need help anymore. But im clearly showing self harm and told them i was suicidal on a greivance and got denied any further help from that point forward. in which is why im also sueing officer white, mental health shouldve never took me off suicide watch while showing self harmful ways like starving myself for weeks and im facing Pain B suffering B PTSD Knowing they did me that way violating my rights for mental health help. (4) Oct 31st, 2023 after i was removed from Suicide watch and clearly making it known to multiple staff members there observation is wrong and i am indeed not in the right state of mind and the voices in my head are telling me to kill myself and others, officer white gives me some property which some of it aint mine But me Being in my state of mind dont care and dont say nothing. Among these items in another offenders medication. its a certain Type of Tylenol and the Bottle says DO NOT TAKE UNLESS perscribed By a doctor, DO NOT Take more than 10 pills a day, 4000mg in a 24 hr period and if you do contact immediate

-8-

Care. Due to a high risk of severe liver failure, and multiple other side effects and risk. Well me being suicidal like i told staff, and failed to get proper help, i open the box on camera in IWOL and take 22 pills 7,150 mg to be exact. I do so in front of officer white while informing him he violated policy and my rights by giving me somebody elses perscribed medication. he then calls the nurse and falsely reports he thinks i took 7 or 8 tylenol that werent mine do they think ill be fine? i proceed to tell him i took 22 not 7 or 8 which he calls me a liar. The pain & suffering i would cause my family kicks in my head if i was to die because of him giving me someone elses medication, and & mental health violating my rights by even giving me this chance and i freak out and relize i dont wanna die, i just made a big mistake. Camera footage and a further investigation shows i indeed to 22 pills. staff being so careless giving me somebody elses medication i could've killed myself with it. HSA Allen and medical staff do NOTHING. It takes 30 mins for medical to even show. Documentation will show i was on a 21 meal hunger strike with no water and medical told me you better drink water. I told them when they asked me why i did it that i was suicidal & told mental health that and they didnt do nothing. mental health never even came to see my after this incident. medical didnt take no vitals, observe me, do nothing to make sure i didnt for real harm myself. Ive wrote medical multiple times and told them ever since that day i was having severe stomach, kidney, and ribcage area pains that were random and hurt real bad and i was scared something in my body would not work properly in my future due to officer whites, mental healths, and there lack of medical attention and staff violations. its been weeks and i still havent seen a Dr or got proper test done and it Nov 16th 2023 that was Oct 31st 2023. I face pain & suffering, PTSD, and injuries which could be permanant due to officer white, HSA Allen and medical staff, & MHP Mcues and Dr. Gales Multiple Doc and Rights violations. 5) Oct 24th 2023 officer Brahman forced me to eat a utensil tray while i was on a NO UNTENSIL close watch suicide watch sock. I told him multiple times i didnt want it and camera footage will show him forcing it into my room and leaving it. i told him i was suicidal and could hurt myself or kill myself with that spork and he said he didnt care which i filed grievance number 23-16296 on still pending response. Not only would he have caused my family pain & suffering loss, PTSD, for having to go through that if i swallowed it, he caused me severe pain & suffering, PTSD knowing he didnt care if i killed myself with it or not and left me with it. Ive been put into multiple situations by staff at CIF, and no one should have to go through what i have, multiple rights, DOC, mental health, & medical policy and procedures have been violated

-9-

## VI.  RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. NOTE TO PRISONERS: If you are a STATE PRISONER and seek relief which affects the length or duration of your imprisonment (for example, restoration of good time forfeited, expungement of records, parole-release decision) you MUST file your claim on an appropriate form for actions under 28 U.S.C. § 2254 (application for a writ of habeas corpus).

I would like if i could get some type of counceling for sure, my heads so messed up after these situations i've been put through i lose sleep, no what it feels like to starve for weeks. I got PTSD and i suffer bad from thinking nobody cares about me and everyones out to get me. So counceling would help. Also i would like a lim some of cash. I deserve to be paid for DOCs mistakes i now suffer from.

Signed this 16 day of November, 2023.

_____
Signature of Plaintiff

Cory Brown
Plaintiff's Printed/Typed Name

### AFFIRMATION OF PLAINTIFF(S)

1.  I, Cory D. Brown, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and those which are attached in the accompanying financial statement. I believe them to be, to the best of my personal knowledge, true and correct.

2.  Moreover, while neither the complaint nor the financial affidavit has been notarized, I do understand that this complaint and these affidavits will become an official part of the United States District Court files and that any false statements knowingly made by me are illegal and may subject me to criminal penalties.

_____
Plaintiff/Affiant