UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CORY DAVID BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-02131-RLY-TAB |
| | ) |
| COREY VALDEZ Captain, | ) |
| CREAMER Captain, | ) |
| | ) |
| Defendants. | ) |

# FINAL JUDGMENT

The court has ordered that this action be **dismissed with prejudice**. The Court now enters **FINAL JUDGMENT**.

Date: 4/25/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CORY DAVID BROWN
Copy available on request—no address on file.

Abigail Davis
Office of Indiana Attorney General
abigail.davis@atg.in.gov

Jonathan Freije
Office of Indiana Attorney General
jonathan.freije@atg.in.gov